IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| VIVIENNE MACMAHON, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED, *Plaintiff*, v. STRIDE INC., ET AL *Defendants*. | 1:25-cv-2019-MSN-LRV |

ORDER

Whereas on June 18, 2026, the Court dismissed the Amended Complaint in its entirety with partial leave to amend within thirty days, ECF 109, and as of the date of the entry of this Order, no second amended complaint has been filed, it is hereby

ORDERED that the Clerk of Court will enter judgment for the Defendants, and against the Plaintiff; and it is further

ORDERED that the Clerk of Court will close this civil action.

**IT IS SO ORDERED.**

The Clerk is directed to forward a copy of this Order to counsel of record.

/s/
Michael S. Nachmanoff
United States District Judge

Michael S. Nachmanoff
United States District Judge

July 20, 2026
Alexandria, Virginia