**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

| | |
|---|---|
| Vivienne MacMahon | ) |
| | ) |
| Petitioner | ) |
| | ) |
| v. | ) |
| | )    Civil Action No. 1:25-cv-02019-MSN-LRV |
| | ) |
| Stride, Inc. et al | ) |
| Respondents | ) |

**JUDGMENT**

Pursuant to the order of this Court entered on 7/21/2026 and in accordance with

Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of

the Defendants Stride, Inc., James J. Rhyu, and Donna M. Blackman and

against the Plaintiffs Vivienne MacMahon, Pension Funds, STEAMSHIP

TRADE ASSOCIATION-INTERNATIONAL LONGSHOREMENS

ASSOCIATION PENSION FUND , Oklahoma Police Pension and Retirement

System, El Paso Firemen & Policemen Pension Fund, Teamsters Retirement

Pension Plan, Pension Funds, and Employees' Retirement System of the City of

Providence.

LAURA GRIFFIN, CLERK OF COURT

By: _____/s/_____

S. Williams
Deputy Clerk

Dated: 7/21/2026
Alexandria, Virginia