**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| VIVIENNE MACMAHON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>STRIDE, INC., JAMES J. RHYU, and DONNA M. BLACKMAN,<br><br>Defendants. | No. 1:25-cv-02019-MSN-LRV<br><br>Hon. Michael S. Nachmanoff |

**NOTICE OF APPEAL**

PLEASE TAKE NOTICE that Lead Plaintiffs Oklahoma Police Pension and Retirement System, El Paso Firemen & Policemen Pension Fund, and Teamsters Retirement Pension Plan hereby appeal to the United States Court of Appeals for the Fourth Circuit from the Judgment dated July 21, 2026 [Docket No. 112] and the underlying Order dated June 18, 2026 [Docket No. 109] in the above-captioned matter.

Dated: August 19, 2026

Respectfully submitted,

**COHEN MILSTEIN SELLERS & TOLL LLP**

By: <u>*/s/ Steven J. Toll*</u>
Steven J. Toll (Va. Bar No. 15300)
Daniel S. Sommers (admitted *pro hac vice*)
S. Douglas Bunch (admitted *pro hac vice*)
1100 New York Avenue, N.W. Suite 800
Washington, D.C. 20005
Tel.: (202) 408-4600
Fax: (202) 408-4699

stoll@cohenmilstein.com
dsommers@cohenmilstein.com
dbunch@cohenmilstein.com

*Liaison Counsel for the Class*

**LABATON KELLER SUCHAROW LLP**
Christine M. Fox (admitted *pro hac vice*)
Carol C. Villegas (admitted *pro hac vice*)
Matthew J. Grier (admitted *pro hac vice*)
Emily N. Gault (admitted *pro hac vice*)
140 Broadway
New York, NY 10005
Tel.: (212) 907-0700
Fax: (212) 818-0477
cfox@labaton.com
cvillegas@labaton.com
mgrier@labaton.com
egault@labaton.com

**LABATON KELLER SUCHAROW LLP**
Mark Willis (admitted *pro hac vice*)
1050 Connecticut Avenue NW, Suite 500
Washington, D.C. 20036
Tel.: (202) 772-1880
Fax: (212) 818-0477
mwillis@labaton.com

**SAXENA WHITE P.A.**
Maya Saxena (admitted *pro hac vice*)
Lester R. Hooker (admitted *pro hac vice*)
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Tel.: (561) 394-3399
Fax: (561) 394-3382
msaxena@saxenawhite.com
lhooker@saxenawhite.com

Steve Singer (admitted *pro hac vice*)
Joshua H. Saltzman (admitted *pro hac vice*)
10 Bank Street, Suite 882
White Plains, NY 10606
Tel.: (914) 437-8551
Fax: (888) 216-2220
ssinger@saxenawhite.com
jsaltzman@saxenawhite.com

Emily Bishop (admitted *pro hac vice*)
505 Lomas Santa Fe Drive
Suite 180
Solana Beach, CA 92075
Tel.: (858) 997-0860
Fax: (858) 369-0096
ebishop@saxenawhite.com

*Counsel for Lead Plaintiffs and*
*Co-Lead Counsel for the Class*